JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for Interstate Law Group, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., a Risk Retention Group, A Montana Corporation,<br><br>Defendants. | CASE NO. 2:13-cv-9274 DOC (RNBx)<br><br>[Proposed] JUDGMENT [57]<br><br>Judge: Hon. David O. Carter |
| ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., A Risk Retention Group, A Montana Corporation,<br><br>Counter-Claimant<br><br>vs.<br><br>THOMAS W. MCNAMARA, as the Court-Appointed Receiver for Interstate Law Group, LLC, a Nevada Limited Liability Company,<br><br>Counter-Defendant | |

JUDGMENT

1  Pursuant to the Court's Order of September 30, 2014, denying
2  Plaintiff/Counter-defendant THOMAS W. MCNAMARA's motion for summary
3  judgment, and granting summary judgment in favor of Defendant/Counter-Defendant
4  ATTORNEYS LIABILITY PROTECTION SOCIETY, INC. as to the Complaint and
5  as to Counts I and III of its Second Amended Counterclaim, and pursuant to the
6  Order of this Court dismissing Count II of the Second Amended Counterclaim
7  pursuant to the Stipulation of the parties,

IT IS HEREBY ADJUDGED:

JUDGMENT is hereby entered in favor of Defendant/Counter-Claimant ATTORNEYS LIABILITY PROTECTION SOCIETY, INC. as to the Complaint of Plaintiff/Counter-defendant THOMAS W. MCNAMARA and as to the Second Amended Counterclaim of ATTORNEYS LIABILITY PROTECTION SOCIETY, INC.

Each party to bear its own fees and costs.

Dated: October 28, 2014

*David O. Carter*
Honorable David O. Carter
United States District Judge